Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438
Attorneys for Plaintiff

Jonathan D. Joseph (CA 90564)
jon@josephandcohen.com
Jonathan M. Cohen (CA 168203)
jcohen@josephandcohen.com
JOSEPH & COHEN, Professional Corporation
1855 Market Street
San Francisco, California 94103
Telephone: 415.817.9200
Facsimile: 415.223.3468
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; AND DOES 1-50,<br><br>Defendants. | Case No:  12-cv-00127-LJO-DLB<br><br>**STIPULATION AND DEFAULT JUDGMENT ON LIABILITY** |

Plaintiff  Federal Deposit Insurance Corporation, as receiver of County Bank, (hereinafter the "FDIC-R") and  Thomas T. Hawker, John J. Incandela, Dave Kraechan,

Edwin Jay Lee and Edward J. Rocha (hereinafter "Defendants") stipulate as follows:

1. This case arises out of the failure of County Bank ("County" or "Bank").

2. On January 27, 2012, the FDIC-R filed its complaint against the Defendants asserting negligence and breach of fiduciary duty in connection with their services as officers of the Bank (the "Complaint").

3. Defendants have filed an answer herein in which they deny the allegations in the Complaint.

4. BancInsure, Inc. ("BancInsure") has denied coverage, refused to defend, to advance defense costs, to indemnify, or to consider settlement of the claims brought against Defendants in this action.

5. Plaintiff and defendants have therefore entered into a Settlement Agreement, Assignment, and Covenant Not to Execute under the authority of *Hamilton v. Maryland Casualty Co.*, 27 Cal.4th 718, 728, 117 Cal.Rptr.2d 318, 41 P.3d 128 (2002) and related cases.

6. Even though in their answer defendants have denied any liability to FDIC-R, due to BancInsure's denial of coverage, Defendants as part of the Settlement Agreement consent to the entry of judgment on liability described below for the purpose of compromising disputed claims and to avoid further costly litigation.

7. Defendants hereby withdraw their Answers to the Complaint filed herein.

8. Defendants hereby agree and consent to entry of a default judgment against them on the issue of Defendants' liability on the Complaint.

Agreed to:

PLAINTIFF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COUNTY BANK

By: _____
    Douglas B. Lang, Senior Attorney
Date: November 8, 2012

Defendants:

_____  
THOMAS T. HAWKER  
Date: 11/8/2012

_____  
EDWIN JAY LEE  
Date: _____

_____  
JOHN J. INCANDELA  
Date: _____

_____  
EDWARD J. ROCHA  
Date: _____

_____  
DAVE KRAECHAN  
Date: _____

It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Defendants' Answer to the Complaint is withdrawn and pursuant to Fed. R. Civ. P. 55(a) the Clerk is directed to enter a default against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha;

2. Pursuant to Fed. R. Civ. P. 55(b), default judgment on liability is entered against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha; and

3. A hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B) to determine damages of

Agreed to:

PLAINTIFF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COUNTY BANK

By: _____
Douglas B. Lang, Senior Attorney
Date: November 8, 2012

Defendants:

_____
THOMAS T. HAWKER
Date:_____

_____
EDWIN JAY LEE
Date:_____

_____
JOHN J. INCANDELA
Date: Nov 8, 2012

_____
EDWARD J. ROCHA
Date:_____

_____
DAVE KRAECHAN
Date:_____

It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Defendants' Answer to the Complaint is withdrawn and pursuant to Fed. R. Civ. P. 55(a) the Clerk is directed to enter a default against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha;

2. Pursuant to Fed. R. Civ. P. 55(b), default judgment on liability is entered against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha; and

3. A hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B) to determine damages of

TOTAL P.03

1 | Agreed to:

PLAINTIFF THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR COUNTY BANK

By: *(signature)*
Douglas B. Lang, Senior Attorney
Date: *November 8, 2012*

Defendants:

_____
THOMAS T. HAWKER
Date:_____

_____
EDWIN JAY LEE
Date:_____

_____
JOHN J. INCANDELA
Date:_____

_____
EDWARD J. ROCHA
Date:_____

*(signature)*
DAVE KRAECHAN
Date: *NOV 8 2012*

It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Defendants' Answer to the Complaint is withdrawn and pursuant to Fed. R. Civ. P. 55(a) the Clerk is directed to enter a default against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha;

2. Pursuant to Fed. R. Civ. P. 55(b), default judgment on liability is entered against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha; and

3. A hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B) to determine damages of

1 Agreed to:

2

3 PLAINTIFF THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR COUNTY BANK
4
5 By: _____
Douglas B. Lang, Senior Attorney
6 Date: _November 8, 2012_

7

8 Defendants:

9

10 _____                    _____
THOMAS T. HAWKER                            EDWIN JAY LEE
11 Date:_____                       Date: _November 8, 2012_

12

13 _____                    _____
JOHN J. INCANDELA                           EDWARD J. ROCHA
14 Date:_____                       Date:_____

15

16 _____
DAVE KRAECHAN
17 Date:_____

18

19     It is hereby ORDERED, ADJUDGED and DECREED as follows:

20     1. The Defendants' Answer to the Complaint is withdrawn and pursuant to Fed. R.

21 Civ. P. 55(a) the Clerk is directed to enter a default against Thomas T. Hawker, John J.

22
23 Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha;

24     2. Pursuant to Fed. R. Civ. P. 55(b), default judgment on liability is entered

25 against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and

26 Edward J. Rocha; and
27
28     3. A hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B) to determine damages of

1  Agreed to:

3  PLAINTIFF THE FEDERAL DEPOSIT INSURANCE
4  CORPORATION AS RECEIVER FOR COUNTY BANK

5  By: _____
    Douglas B. Lang, Senior Attorney
6  Date: November 8, 2012

8  Defendants:

11 _____          _____
   THOMAS T. HAWKER                  EDWIN JAY LEE
   Date:_____                  Date:_____

13 _____          _____
   JOHN J. INCANDELA                 EDWARD J. ROCHA
14 Date:_____                  Date: 11-08-2012

16 _____
   DAVE KRAECHAN
17 Date:_____

19     It is hereby ORDERED, ADJUDGED and DECREED as follows:

20     1. The Defendants' Answer to the Complaint is withdrawn and pursuant to Fed. R.

Civ. P. 55(a) the Clerk is directed to enter a default against Thomas T. Hawker, John J.

Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha;

24     2. Pursuant to Fed. R. Civ. P. 55(b), default judgment on liability is entered

against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and

Edward J. Rocha; and

28     3. A hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B) to determine damages of

12-cv-00127-LJO

3

**STIPULATION AND JUDGMENT**

1 | Federal Deposit Insurance Corporation, as receiver of County Bank, shall be held on
2 | _____, 2013, at _____ a.m./p.m.
3 |
4 |
5 |
6 | DATED: _____     _____
    |                                  Judicial Officer