**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | CASE NO. CV F 12-0127 LJO DLB |
| Plaintiff, | **ORDER TO ENTER DEFAULT BASED ON PARTIES' STIPULATION** |
| vs. | (Doc. 30.) |
| THOMAS HAWKER, et al., | |
| Defendants. | |
| _____/ | |

Based on the parties' stipulation, this Court:

1.    WITHDRAWS defendants' answer to complaint and pursuant to F.R.Civ.P. 55(a), DIRECTS the clerk to enter default against defendants Thomas Hawker, John Incandela, Dave Kraechan, Edwin Jay Lee and Edward Rocha;

2.    ENTERS, pursuant to F.R.Civ.P. 55(b), default judgment on liability against defendants Thomas Hawker, John Incandela, Dave Kraechan, Edwin Jay Lee and Edward Rocha; and

3.    ORDERS plaintiff Federal Deposit Insurance Corporation to set before the assigned magistrate judge determination of the amount a default judgment.

IT IS SO ORDERED.

**Dated:    November 15, 2012                   /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1