Jonathan D. Joseph, SBN 90564
Jonathan M. Cohen, SBN 168207
Joseph and Cohen, Professional Corporation
1855 Market Street
San Francisco, CA 94103
Telephone: (415) 817-9200
Fax: (415) 874-1997
jcohen@josephandcohen.com

*Attorneys for Defendants THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; and EDWARD J. ROCHA*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; AND DOES 1-50,<br><br>Defendant. | Case No: CV-00127-LJO-DLB<br><br>**NOTICE OF RELATED CASE** |

Defendants Thomas Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee, and Edward J. Rocha (collectively," Defendants"), hereby provide notice that this matter relates to the same parties and underlying transactions from *Hawker, et al. v. Bancinsurance, Inc.*, Eastern District of California Case No. CV-01261-LJO-GSA.  Defendants respectfully request that the matters be related.

Notice of Related Case - FDIC Claims                                                                                 Case No. CV-00127-LJO-DLB
NOTICE OF RELATED CASE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 5, 2012 | Joseph and Cohen, Professional Corporation |
| 3 | | |
| 4 | | By:_____/s/_____ |
| 5 | | JONATHAN M. COHEN<br>Attorneys for Defendants |