Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK<br><br>  Plaintiff,<br><br>  vs.<br><br>THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; AND DOES 1-50,<br><br>  Defendants. | Case No: 1:12-cv-00127-LJO-SAB<br><br>**ADMINISTRATIVE MOTION TO SET HEARING TO DETERMINE AMOUNT OF DEFAULT JUDGMENT** |

## I. INTRODUCTION

Plaintiff Federal Deposit Insurance Corporation, as Receiver for County Bank ("FDIC-R"), respectfully requests that this Court set a hearing before Magistrate Judge Stanley A. Boone for the purpose of determining the amount of a default judgment to be entered against Defendants Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee, and Edward J. Rocha (collectively "Defendants").  FDIC-R requests that the hearing take place on February 13, 2013.  Counsel for Defendants has indicated that he is available for the hearing that day.

## II. STATEMENT OF FACTS

On January 27, 2012, FDIC-R filed a Complaint against Defendants, former officers of County Bank ("Bank"), a California state-chartered bank, which alleged that Defendants' negligence and breaches of their fiduciary duties as officers of the Bank resulted in losses to the Bank.  Docket No. 1.  After Defendants' motion to dismiss was denied on June 27, 2012, each of the Defendants answered FDIC-R's Complaint individually.  Docket Nos. 23-27.

On November 13, 2012, the parties filed a Stipulation notifying the Court that the parties had settled the case on the issue of liability, but requested a hearing on the issue of the appropriate level of damages to be entered in a default judgment.  Docket No. 30.  On November 15, 2012, Judge O'Neill issued an Order to Enter Default Based on Parties' Stipulation, which (1) withdrew Defendants' answer, (2) entered default against Defendants, and (3) ordered FDIC-R to set before the assigned Magistrate Judge a hearing to determine the amount of the default judgment.  Docket No. 31.  At that time,

FDIC-R learned that Magistrate Judge Beck was retiring, and that his case load would be assigned to incoming Magistrate Judge Boone.

## III.   ADMINISTRATIVE MOTION

By this unopposed motion, FDIC-R requests, in accordance with Judge O'Neill's Order, that a hearing be set before Magistrate Judge Boone to allow FDIC-R to prove-up its damages claims, and for this Court to determine the amount of the default judgment to be entered against Defendants. Counsel for FDIC-R has conferred with all potential witnesses and counsel for the Defendants, and based on those conversations FDIC-R hereby requests that the hearing be held on February 13, 2013. Declaration of James H. Vorhis, ¶ 2. FDIC-R will present its damages claim via live witnesses and documents. *Id.* at ¶ 3. FDIC-R will provide Defendants with a list of the witnesses and documents it intends to use at least ten (10) days before the hearing. *Id.* Counsel for Defendants has consented to that proposal. *Id.*

DATED: January 9, 2013            NOSSAMAN LLP
                                  Patrick J. Richard
                                  James H. Vorhis


                                  By: /s/ *James H. Vorhis*

                                       James H. Vorhis
                                  Attorneys for Plaintiff
                                  FEDERAL DEPOSIT INSURANCE
                                  CORPORATION, AS RECEIVER FOR COUNTY
                                  BANK