UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS T. HAWKER, et al.,<br><br>Defendants. | Case No:  1:12-cv-00127-LJO-SAB<br><br>**ORDER SETTING HEARING TO DETERMINE AMOUNT OF DEFAULT JUDGMENT**<br><br>Hearing Date:  February 13, 2013, at 9:30 a.m. in Courtroom 9 |

Pursuant to the agreement of the parties in this action, it is HEREBY ORDERED that:

1. A hearing is set for February 13, 2013, at 9:30 a.m. in Courtroom 9 before the undersigned to determine the amount of a default judgment to be entered against Defendants Thomas T. Hawker, John J. Incandela,

Dave Kraechan, Edwin Jay Lee, and Edward J. Rocha (collectively "Defendants").

2. Ten (10) days prior to the hearing date, Plaintiff shall provide to Defendants, and file with the Court, a list of the live witnesses and documents intended to be used at the hearing; and

3. No later than two (2) days prior to the hearing date, exhibits to be used at the hearing shall be pre-marked and lodged with the Court.

IT IS SO ORDERED.

Dated:   **January 15, 2013**                    **/s/ Stanley A. Boone**
                                                          UNITED STATES MAGISTRATE JUDGE