Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR COUNTY BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COUNTY BANK<br><br>          Plaintiff,<br><br>    vs.<br><br>THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; AND DOES 1-50,<br><br>        Defendants. | Case No:  1:12-cv-00127-SAB<br><br>**ORDER EXTENDING DEADLINE FOR POST-HEARING FILINGS**<br><br>Date:  February 13, 2013<br>Time: 9:30 a.m. |

1    HAVING RECEIVED AND CONSIDERED the parties' Stipulation Re

2  Deadlines For Post-Hearing Briefing;

3    **IT IS HEREBY ORDERED THAT** the post-hearing deadline for the

4  parties to submit joint findings of facts and briefing on the amount of

5  damages and the issue of prejudgment interest, which was previously set

6  for noon on February 20, 2013, shall now be Friday, February 22, 2013, at

7  noon.

8

9

10

11  IT IS SO ORDERED.

12

13  Dated:   **February 20, 2013**

14                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28