# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

CASE NO: **1:12–CV–00127–SAB**

v.

**THOMAS T. HAWKER, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/1/13**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 2, 2013**

by: /s/ C. Marrujo
Deputy Clerk